

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00131-CV

**IN RE SCA IMPORTS & DISTRIBUTION, LLC**, Relator(s)

Original Proceeding[1]

PER CURIAM

Sitting:        Irene Rios, Justice
                     Adrian A. Spears II, Justice
                     Velia J. Meza, Justice

Delivered and Filed: March 12, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On February 27, 2025, relator filed a petition for writ of mandamus. After considering the mandamus petition, this court concludes relator is not entitled to the relief sought. Therefore, relator's petition for writ of mandamus is DENIED.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2024CVK002216D4, styled *SCA Imports & Distribution, LLC, and Petrom Logistics, Inc. v. Exeter 15355 Fatima, L.P.*, pending in the 406th Judicial District Court, Webb County, Texas, the Honorable Oscar J. Hale, Jr. presiding.